IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RHONDA L. MOREHOUSE,<br><br>   Plaintiff,<br><br>vs.<br><br>3M COMPANY, a Delaware corporation,<br><br>   Defendant. | 8:06CV297<br><br>ORDER |

This matter is before the court on the defendant's Objection to 30(b)(6) Deposition (Filing No. 33) and after a telephone conference with counsel for the parties on October 24, 2006. The plaintiff noticed a deposition for the defendant to take place in Valley, Nebraska, pursuant to Federal Rule of Civil Procedure 30(b)(6). **See** Filing No. 29. The defendant objects to taking the deposition of Steven Bauer, the Human Resource Manager, except in St. Paul, Minnesota. While the plaintiff may take the Rule 30(b)(6) deposition of a designee with knowledge of relevant policy issues or a designee involved in the investigation of the plaintiff and others in Valley, Nebraska, the plaintiff fails to show the interests of justice require Mr. Bauer's deposition be taken in a location other than Mr. Bauer's location in Minnesota with respect to Mr. Bauer's investigations in this matter. Upon consideration,

**IT IS ORDERED:**

The defendant's Objection to 30(b)(6) Deposition (Filing No. 33) is sustained with regard to the location of Mr. Bauer's deposition. However, any Rule 30(b)(6) deposition of defendant, other than Mr. Bauer, may commence at the defendant's location in Valley, Nebraska.

DATED this 24th day of October, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge