IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RHONDA L. MOREHOUSE,** | ) | |
| | ) | **8:06CV297** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **3M COMPANY, a Delaware corporation,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Permission to File Under Seal (Filing No. 60) and Motion to Enforce Settlement (Filing No. 61). The defendant seeks to file the Motion to Enforce Settlement and supporting documentation under seal for the reason the settlement is subject to a confidentiality agreement. Under the circumstances, the court finds the motion and supporting documentation should be filed under seal. The defendant's Motion to Enforce Settlement also seeks a hearing requiring the attendance of the plaintiff. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion for Permission to File Under Seal (Filing No. 60) is granted, as follows. The Motion to Enforce Settlement (Filing No. 61) shall remain confidential, however the designation shall be changed from "SEALED" - access restricted to court users and the filing party, to "RESTRICTED" - access restricted to court users and all attorneys of record.

2. The portion of the defendant's Motion to Enforce Settlement (Filing No. 61) seeking a hearing and the attendance of the principle parties is granted. The motion is scheduled for hearing on **June 15, 2007, at 10:00 a.m.** in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. Clients or client representatives with complete authority to negotiate and consummate a settlement shall be in attendance at the hearing. This requirement contemplates the presence of the client or if a corporate entity, an authorized representative of the client.

DATED this 6th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge